THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRANSWORLD HOLDINGS PCC LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY IAN CAIRNS, JAN DRAKE, DANIEL MACDONALD, SCOTT CHARLES BAISCH, ALEX BENJAMIN ENGELBERG, PAUL MURRAY, and MILLER THOMAS ABEL, <br><br> Defendants. | No. 2:16-cv-01025-TSZ <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1(a), Plaintiff Transworld Holdings PCC Limited states that it is a wholly owned subsidiary of Transworld Group Limited, and that no publicly-held corporation owns more than 10% of its stock.

DATED this 8th day of July, 2016.

s/ Michael A. Moore
Michael A. Moore, WSBA No. 27047
Eric Lindberg, WSBA No. 43596
CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600  Fax: (206) 625-0900
E-mail:   mmoore@corrcronin.com
              elindberg@corrcronin.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT – 1
No. 2:16-cv-01025-TSZ

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | Jonathan Short (*pro hac vice* to be applied for)              |
|     | Mark H. Anania  (*pro hac vice* to be applied for)             |
| 3   | McCARTER & ENGLISH, LLP                                         |
|     | Four Gateway Center                                             |
| 4   | 100 Mulberry Street                                             |
|     | Newark, NJ  07102                                               |
| 5   | (973) 622-4444                                                  |
| 6   | *Attorneys for Plaintiff Transworld Holdings PCC Limited*       |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT – 2
No. 2:16-cv-01025-TSZ

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Transworld 00001 gg084v32s0