UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRANSWORLD HOLDINGS PCC LIMITED,

            Plaintiff,

  v.

GEOFFREY IAN CAIRNS, et al.

            Defendants.

C16-1025 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    By Order entered January 9, 2017, docket no. 71, the Court directed plaintiff Transworld Holdings PCC Limited to show cause why the balance of its claims in this matter should not be dismissed without prejudice for failure to timely serve the sole remaining defendant, Geoffrey Ian Cairns. On January 23, 2017, plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), thereby dismissing without prejudice its claims against Cairns. The Clerk is therefore DIRECTED to enter judgment consistent with the Order entered January 9, 2017, docket no. 71, and to CLOSE this case.

      (2)    The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

      Dated this 25th day of January, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1